COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-146-CV

AUDRA BROTHERS, INDIVIDUALLY APPELLANTS

AND AS NEXT FRIEND OF ALEXANDRIA 

APPLEGATE, A MINOR, AND SUE 

BROTHERS

V.

REYNALDO DELARA APPELLEE

----------

FROM THE 43
RD
 DISTRICT COURT OF PARKER COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Appellants' Motion To Dismiss.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.  
See
 
Tex. R. App. P
. 42.1(d).

PER CURIAM 

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED: June 26, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.